AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| J&J Sports Productions Inc <br> *Plaintiff* <br> v. <br> Urania Elizabeth Segura aka Urania E Segura dba <br> Herradura Sports Bar & Grill aka Herradura aka <br> Costa del Sol Restaurant <br> *Defendant* | ) <br> ) <br> ) Civil Action No.    6:11-1458-GRA <br> ) <br> ) <br> ) |

DEFAULT
**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff *(name)* J&J Productions Inc    recover from the defendant *(name)* Urania Elizabeth Segura aka Urania E Segura dba Herradura Sports Bar & Grill aka Herradura aka Costa del Sol Restaurant the amount of Nine thousand dollars ($9000.00), which includes post judgment interest at the rate of  .18  %, along with costs in the amount of One thousand one hundred ninety-two and 92/100 ($1192.92) and attorney's fees in the amount of One thousand six hundred seventy-nine and 55/100 ($1679.55).

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr.

Date:   March 21, 2012                                        *CLERK OF COURT*

                                                              *Angela [signature]*
                                                              _____
                                                              *rk or Deputy Clerk*