# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| ___J&J Sports Productions Inc___ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  ` 6:11-1458-GRA |
| Urania Elizabeth Segura aka Urania E Segura dba | ) | |
| Herradura Sports Bar & Grill aka Herradura aka | ) | |
| ___Costa del Sol Restaurant___ | ) | |
| *Defendant* | ) | |

DEFAULT
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ the plaintiff *(name)* J&J Productions Inc_____ recover from the defendant *(name)* Urania Elizabeth Segura aka

Urania E Segura dba Herradura Sports Bar & Grill aka Herradura aka Costa del Sol Restaurant the amount of Nine

thousand_ dollars ($9000.00), which includes post judgment interest at the rate of __.20___ %, along with costs in the

amount of One thousand one hundred ninety-two and 92/100 ($1192.92) and attorney's fees in the amount of One

thousand six hundred seventy-nine and 55/100 ($1679.55).

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

❐  other


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr.


Date:   March 21, 2012                                          *CLERK OF COURT*


                                          _____
                                          *rk or Deputy Clerk*